# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| **Jerry L. Pointer,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-0603-CV-W-JTM |
| | ) |
| **State Resources Corporation,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On October 28, 2014, defendant State Resources Corporation filed its motion for summary judgment [Doc. 10] asserting that neither the Telephone Consumer Protection Act nor the Fair Debt Collections Practices Act is applicable to the case at hand. Plaintiff did not file any response to the defendant's motion for summary judgment. On December 1, 2014 the Court entered an order to show cause [Doc.12] ordering plaintiff to show cause in writing by December 22, 2014 why summary judgment should not be entered in favor of defendant State Resources Corporation and further advising plaintiff that a failure to timely show cause would result in the entry of summary judgment in favor of defendant on plaintiff's claims. The Clerk of the Court sent a photocopy of the show cause order by certified mail, return receipt requested, 70131710000056177442, to plaintiff Jerry L. Pointer, 7947 Prospect Avenue, Kansas City, MO 63132. To date the Court has received no response to its order to show cause, nor any response to the defendant's motion for summary judgment. Accordingly, it is

**ORDERED** that defendant State Resources Corporation's motion for summary judgment, filed October 28, 2014 [Doc. 10] is **GRANTED** and summary judgment on plaintiff's claims in this matter is entered in favor of defendant States Resources Corporation.

                                               */s/ John T. Maughmer*
                                                 **John T. Maughmer**
                                          **United States Magistrate Judge**